
FILED
*April 7, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-15-00028-CR
4790088
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 2:04:28 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00028-CR

| | | |
|---|---|---|
| NAKIA DESHAWN LEWIS, | ) | COURT OF APPEALS, THIRD |
| Appellant | ) | |
| | ) | |
| VS. | ) | SUPREME JUDICIAL DISTRICT |
| | ) | |
| THE STATE OF TEXAS, | ) | |
| Appellee | ) | AUSTIN, TEXAS |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW KIRK HAWKINS, attorney of record for NAKIA DESHAWN LEWIS, and respectfully requests that he be allowed to withdraw as counsel for Appellant, and for cause would show the Court the following:

### I.

The undersigned attorney was unable to find any reversible error and filed a frivolous appellate brief on behalf of Appellant. The undersigned attorney respectfully requests that he be allowed to withdraw as attorney of record for Appellant.

### II.

Appellant's current address is TDCJ# 1964121, 1210 Coryell Road, Gatesville, Texas 76528. Appellant has been delivered a copy of this motion by mailing same to Appellant at her current address.

III.

Appellant has been notified in writing of her right to file her own brief and to review the record in this case.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney prays the Court grant this motion and allow him to withdraw as counsel of record for Appellant NAKIA DESHAWN LEWIS.

Respectfully submitted,

KIRK HAWKINS
P.O. BOX 3645
SAN ANGELO, TEXAS 76902
325/658-5585
STATE BAR NO. 09250400
E-Mail: kirkhawkinslaw@gmail.com

## CERTIFICATE OF CONFERENCE

I certify that on the ___7th___ day of April, 2015, I spoke by telephone with Ms. Meagan White, Assistant District Attorney, who stated she had no objection to this Motion to Withdraw.

Kirk Hawkins

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above was served on Ms. Meagan White, Assistant District Attorney, Tom Green County Courthouse, Court Street Annex, 124 West Beauregard, San Angelo, Texas 76903; and on Appellant, Ms. Nakia Deshawn Lewis #1964121, 1210 Coryell Road, Gatesville, Texas 76528, on this ___7th___ day of April, 2015.

Kirk Hawkins